BELONGY, Respondent, vs. KEWAUNEE, GREEN BAY & WESTERN RAILWAY COMPANY, Appellant.

*May 9—June 23, 1924.*

*Belongy v. Kewaunee, G. B. & W. R. Co., ante, p. 374,* followed.

APPEAL from an order of the municipal court of Brown county: N. J. MONAHAN, Judge. *Reversed.*

For the appellant there was a brief by *Fairchild, North, Parker & Bie,* attorneys, and *Samuel D. Hastings,* of counsel, all of Green Bay, and oral argument by *Walter T. Bie.*

For the respondent there was a brief by *John Gauerke* and *Martin, Martin, Martin, Clifford & McHale,* all of Green Bay, and oral argument by *Gerald F. Clifford.*

ROSENBERRY, J. This is a companion case to *Belongy v. Kewaunee, G. B. & W. R. Co., ante,* p. 374, 199 N. W. 384, and the mandate in this case is the same as in that, for the reasons stated.

*By the Court.*—The order of the municipal court is reversed, with directions to enter judgment for the defendant upon the verdict, dismissing the complaint.

CROWNHART, J., dissents.